# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WALTER VALLINE,<br><br>           Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of the Social<br>Security Administration,<br><br>           Defendant. | 3:22-cv-0088-CLB<br><br>**ORDER DENYING APPLICATION<br>TO PROCEED *IN FORMA PAUPERIS***<br><br>[ECF No. 1] |

Plaintiff Walter Valline ("Valline") has filed an application to proceed *in forma pauperis* in an action involving judicial review of administrative action by the Secretary of Health and Human Services denying Valline's claim for disability benefits under the Social Security Act. In the application, Valline states that he receives $3,562.06 per month in VA Disability Benefits and listed assets totaling approximately $335,000 which include a home and a 2018 Ford F150. (ECF No. 1.) Valline lists the usual monthly expenses and includes what appears to be tuition to a private high school for his child. (*Id.*)

Under the Local Rules of Practice for the District of Nevada, the Court may grant or deny an application to proceed in forma pauperis, or it may impose a partial filing fee if the applicant has money or assets. LSR 1-3(a). The Court has discretion to determine whether to grant or deny the motion under the Local Rules.

Valline is by no means wealthy, but neither is he a pauper. Therefore, based on Valline's financial information, the Court finds that the application to proceed *in forma pauperis* is **DENIED.**

/ / /

/ / /

/ / /

Valline shall have to and including **March 31, 2022** to pay the full filing fee of $402 in this case. If plaintiff fails to do so, this case may be dismissed due to Valline's failure to pay the filing fee.

**DATED:** February 15, 2022 .

_____
**UNITED STATES MAGISTRATE JUDGE**

2