JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
ALLISON J. CHEUNG, CSBN 244651
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (510) 970-4811
Facsimile: (415) 744-0134
E-Mail: allison.cheung@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WALTER VALLINE, | ) |
| Plaintiff, | ) Case No.: 3:22-cv-00088-CLB |
| vs. | ) **UNOPPOSED MOTION FOR EXTENSION OF TIME** |
| KILOLO KIJAKAZI, | ) (***FIRST REQUEST***) |
| Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

1       Defendant, the Acting Commissioner of Social Security, through the undersigned counsel, hereby requests a 14-day extension of time to respond to Plaintiff's Complaint, which is currently due on or before May 31, 2022.  The new proposed deadline is June 14, 2022.

      This is Defendant's first request for an extension of time.  Good cause exists for this extension because in the course of reviewing the certified administrative record for completeness, the undersigned attorney noticed an issue that she believes could necessitate remand.  Defendant's counsel is in the process of conferring with her client to determine whether this matter can be resolved by settlement.  The additional requested time will allow for settlement discussions with Plaintiff's counsel once the undersigned has conferred with her client, and if the matter cannot be resolved, Defendant will file an answer and the certified administrative record as soon as practicable.  Defendant's counsel will endeavor to complete these tasks as soon as possible.  This request is made in good faith and with no intention to unduly delay the proceedings, and counsel apologizes for any inconvenience.

      On May 18, 2022, the undersigned conferred with Plaintiff's counsel, who has no opposition to the requested extension.

      It is therefore respectfully requested that Defendant be granted a 14-day extension of time to file a response to Plaintiff's Complaint, through and including June 14, 2022.

Dated:  May 18, 2022

JASON M. FRIERSON
United States Attorney

/s/ *Allison J. Cheung*
ALLISON J. CHEUNG
Special Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  ___May 19, 2022_____

## CERTIFICATE OF SERVICE

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 160 Spear Street, Suite 800, San Francisco, California 94105. I am not a party to the above-entitled action. On the date set forth below, I caused service of **UNOPPOSED MOTION FOR EXTENSION OF TIME** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which provides electronic notice of the filing:

>Mark Barrett
>Mark@mydisabilityattorney.com
>Attorney for Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

>Dated: May 18, 2022

>>/s/ *Allison J. Cheung*
>>ALLISON J. CHEUNG
>>Special Assistant United States Attorney

Unopposed Mot. for Ext.; 2:21-cv-01237-EJY